## CARRIE AGNEW ET AL.
## v.
## ROBERT P. LANE.

Writ of error dismissed for the same reason as the preceding.

ERROR to the Circuit Court of Ogle county; the Hon. JOHN V. EUSTACE, Judge, presiding. Opinion filed January 16, 1885.

PILLSBURY, J. This case is in all respects like the preceding one of the same complainants against Fulton, and must be disposed of the same way.

Writ of error dismissed.